**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
REGINA CUNNINGHAM and
STACEY WELLINGTON,                               Case No.: 23-cv-1328 (NSR)

                          Plaintiffs,

    -against-

VILLAGE OF PELHAM MANOR,
 and JEFFREY CARPENTER, in their
respective individual and official capacities,

                          Defendants.
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Whitley V. Smith, the exhibits thereto, and upon all other papers and proceedings had herein and any other such materials properly considered by the Court at any hearing on this motion, Defendant VILLAGE OF PELHAM MANOR ("the Village") will move this Court before the Honorable Nelson S. Román, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601 at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Amended Complaint against the Village in its entirety, with prejudice, and such other and further relief as the Court deems just and proper.

Dated:   New York, New York
        July 26, 2024

                              **MARSHALL DENNEHEY, P.C.**

By: _____
Whitley V. Smith (NY Bar No. 5868039)
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York 10005
(212) 376-6400
WVSmith@mdwcg.com
*Attorneys for Defendants*
*Village of Pelham Manor*

TO:   ALL COUNSEL VIA ECF

**The Court DENIES Defendant Village of Pelham Manor's motion without prejudice for failure to follow the Court's Individual Practices. See Sec. 3.A.ii. The Clerk of the Court is directed to terminate the motion on ECF No. 66.**

**Dated: August 6, 2024**
     **White Plains, NY**

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE