USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/3/2025__



101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

October 31, 2025

**MEMO ENDORSED**

**Via ECF**
Honorable Nelson S. Román
United States District Court
Southern District of New York
300 Quaroppas Street
White Plains, New York 10601

      Re:    **Cunningham v. Village of Pelham Manor et al.**
            Docket No.: 7:23-cv-1328 (NSR) (AEK)
            Our File No.: (TRV) 75494

Dear Your Honor:

This office represents defendant, former Village of Pelham Manor Police Chief Jeffery Carpenter ("Chief Carpenter"), in the above-referenced matter. We write to respectfully request that this case be officially closed on the Court's docket since Plaintiffs' claims against Chief Carpenter and defendant Village of Pelham Manor have all been dismissed with prejudice.

**(see p. 2)** Specifically, the Court granted Chief Carpenter's and the Village's motions to dismiss Plaintiffs' Complaint in their entirety in its Opinion and Order dated June 4, 2024. *See* ECF No. 62. At the same time, the Court also granted Plaintiffs leave to file an Amended Complaint. *Id.* at pp. 29-30. Ultimately, Plaintiffs filed an Amended Complaint on July 15, 2024. *See* ECF No. 65. Along with the Village, Chief Carpenter made a motion to dismiss Plaintiffs' Amended Complaint. *See* ECF Nos. 77-83. In its Opinion and Order filed on July 10, 2025, the Court granted Chief Carpenter's and the Village's motions to dismiss Plaintiffs' Amended Complaint. *See* ECF No. 84. The Court held that Plaintiffs' claims against Chief Carpenter and the Village were dismissed without prejudice and further granted Plaintiffs leave to file a Second Amended Complaint by August 15, 2025. *Id.* at p. 10. However, the Court also held that "[i]f Plaintiffs fail to file a Second Amended Complaint within the time allowed, those claims that were dismissed without prejudice will be deemed dismissed with prejudice." *Id.*

As of today, approximately over two and a half months past the Court ordered deadline, Plaintiffs have still not filed a Second Amended Complaint. Similarly, Plaintiffs have not made any request for an extension of time at any point either, including prior to the expiration of that

deadline.  Thus, Plaintiffs' Amended Complaint and their claims against Chief Carpenter, as well as the Village, have all automatically been deemed dismissed with prejudice as per the Court's Opinion and Order.  *Id.*  As such, it is respectfully requested that this case be officially closed on the Court's docket.

We thank the Court in advance for its consideration of this matter.

Respectfully submitted,

*s/ Frank H. Foster*

FRANK H. FOSTER

cc:  All Parties of Record **via ECF**

**Defendants' request that this case be formally closed is GRANTED. On July 10, 2025, this Court granted Defendants' motion to dismiss Plaintiffs' Amended Complaint and granted Plaintiffs leave to file a Second Amended Complaint by August 15, 2025, noting that if Plaintiffs failed to do so by the deadline, the claims that were dismissed without prejudice by the Opinion & Order would be deemed dismissed with prejudice. (ECF No. 84.) As of November 3, 2025, Plaintiffs have failed to file a Second Amended Complaint or seek an extension of time to do so. Accordingly, it is hereby ordered that this action be dismissed in its entirety with prejudice. The Clerk of Court is kindly directed to terminate this action.**

SO ORDERED:

**Dated: November 3, 2025
White Plains, New York**

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

2